IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ALEJANDRO LOPEZ, SR.,

    *Plaintiff*,

v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., et al.

    *Defendants*.

CIVIL ACTION NO. 1:12-cv-01325-LO-JFA

## TRANS UNION LLC'S BRIEF IN RESPONSE TO PLAINTIFF'S MOTION TO CONSOLIDATE

Trans Union LLC ("Trans Union"), one of the Defendants herein, files this Brief in Response to Plaintiff's Motion to Consolidate.

Alejandro Lopez, Sr. filed his Complaint against Trans Union under the Fair Credit Reporting Act ("the FCRA"). Mr. Lopez, Sr. alleges that Trans Union violated the FCRA. (Compl. ¶¶ 36-70, Dkt. No. 1.) The case was assigned to Judge Liam O'Grady. On January 31, 2013, the Court entered a Scheduling Order setting an Initial Pretrial Conference for March 6, 2013. (Dkt. No. 43.)

Separately, Alejandro Lopez, Jr. filed a Complaint in this Court styled <u>Alejandro Abraham Lopez, Jr. v. Trans Union, et al.</u>, Civil Action No. 1:12-cv-902-LO-JFA. Mr. Lopez, Jr., alleges that Trans Union violated the FCRA. (Compl. ¶¶ 44-78, Dkt. No. 1, Civil Action No. 1:12-cv-902-LO-JFA.) This case was also assigned to Judge O'Grady.

The <u>Lopez, Jr.</u> case and the <u>Lopez, Sr.</u> case are related because Plaintiffs allege that Trans Union mixed the files of Lopez, Jr. and Lopez, Sr., who are father and son. (Pl.'s Mem. in Support of Mot. to Consolidate at 2, Dkt. No. 54.)

Federal Rule of Civil Procedure 42(a) provides that a court may consolidate actions if they involve a common question of law or fact. Lopez, Jr. and Lopez, Sr. filed a "Consent Motion to Consolidate" on February 27, 2013. (Dkt. No. 53.)

Trans Union consents to consolidation and asks that these cases be consolidated for all purposes, including discovery and trial. Therefore, Trans Union asks that this court grant the Motion to Consolidate.[1]

Respectfully submitted,

/s/
Grant E. Kronenberg
Virginia bar number 65647
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218
Phone: 804-344-8300
Fax: 804-344-8359
gkronenberg@morrismorris.com

---

[1] Separately, Lopez, Jr. and Lopez, Sr. filed a "Motion to File Amended Class Complaint" in both cases. (Dkt. No. 51.) Although styled a "Consent Motion," Trans Union objects to the Motion to File Amended Class Complaint and will be separately filing a brief in opposition to that Motion.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Kristi Cahoon Kelly
kkelly@siplfirm.com
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Dr., Second Floor
Fairfax, VA 22030
(703) 251-5400
(703) 591-9285 Fax
  *And*
Leonard Anthony Bennett
lenbennett@cox.net
Susan Mary Rotkis
srotkis@clalegal.com
Consumer Litigation Assoc PC
763 J Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
757-930-3660
757-930-3662 (Fax)
  *And*
Janelle Elene Mason
janelle@clalegal.com
Consumer Litigation Associates PC
1800 Diagonal Rd.
Suite 600
Alexandria, VA 22314
703-237-7770
888-892-3512 (Fax)
*Counsel for Plaintiff*

Daniel Duane Mauler
dmauler@rpb-law.com
Redmon Peyton & Braswell LLP
510 King St., Suite 301
Alexandria, VA 22314
703-684-2000
703-684-5109 (Fax)
*Counsel for Corelogic Credco*

David Neal Anthony
david.anthony@troutmansanders.com
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
(804) 697-5410
(804) 698-5118 Fax
*Counsel for Experian*

John Willard Montgomery , Jr.
jmontgomery@jwm-law.com
Montgomery & Simpson, LLLP
2116 Dabney Rd, Suite A-1
Richmond, VA 23230
(804) 355-8744
(804) 355-8748 (Fax)
*Counsel for Equifax*

Ethan G. Ostroff
ethan.ostroff@troutmansanders.com
Troutman Sanders LLP
P.O. Box 61185
222 Central Park Ave, Suite 2000
Virginia Beach, VA 23462
(757) 687-7541
(757) 687-1541 Fax
  *And*
John C. Lynch
john.lynch@troutmansanders.com
P.O. Box 61185
222 Central Park Ave, Suite 2000
Virginia Beach, VA 23462
(757) 687-7765
(757) 687-1504 Fax
*Counsel for Ally Financial, Inc.*

| | |
|---|---|
| Mikhael David Charnoff | Erika Jensene Karnaszewski |
| mike@perrycharnoff.com | Erika.Karnaszewski@nelsonmullins.com |
| Perry Charnoff PLLC | Nelson Mullins Riley & Scarborough LLP |
| 2300 Wilson Blvd. | 101 Constitution Avenue, NW |
| Suite 240 | Suite 900 |
| Arlington, VA 22201 | Washington, DC 20001 |
| 703-291-6650 | 202-712-2800 |
| 703-563-6692 (Fax) | 202-712-2897 (Fax) |

I further certify that I will cause a copy of the foregoing to be sent by electronic mail to the following non-filing user:  None.

   /s/
Grant E. Kronenberg
Virginia bar number 65647
Attorney for Trans Union LLC
Morris & Morris, P.C.
11 S. 12th Street, 5th Floor
P.O. Box 30
Richmond, VA 23218
Phone: 804-344-8300
Fax: 804-344-8359
gkronenberg@morrismorris.com

4